U.S. Department of Justice
United States Attorneys

RULE 20
Category B
Plea to Indictment
Rule 20 from: U.S. District Ct,
District of Columbia

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. CR 05-316-18 (ESH) |
| ) | |
| FIDEL SANDOVAL ) | |

## CONSENT TO TRANSFER OF CASE
## FOR PLEA AND SENTENCE
*(Under Rule 20)*

**FILED**

FEB 07 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, FIDEL SANDOVAL, have been informed that an Indictment is pending against me in the above designated cause. I wish to plead guilty to the offenses charged, to consent to the disposition of the case in the Southern District of Florida in which I am under arrest and to waive trial in the above captioned District.

Dated: January 31, 2008

_Fidel Sandoval_
FIDEL SANDOVAL
Defendant

_Marshal D. Lewis_
Marshal D. Lewis
Counsel for the Defendant

Approved:

_Paul W. Laymon_
Paul W. Laymon, Jr.
Assistant United States Attorney for the
District of Columbia

_Andrea Hoffman_  1/31/0
Andrea Hoffman
Assistant United States Attorney for the
Southern District of Florida

FORM USA-153
(Rev. March 1983)