Clerk, U.S. District Court
For the District of Columbia
333 Constitution Avenue, N.W. Room 1225
Washington, D.C. 20001

February 7, 2008

Clerk, U.S. District Court
150 Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128



In re: U.S.A. v. Fidel Sandoval
Our Case No: 05-316-18 (ESH)

Dear Clerk,

Pursuant to Rule 20, I am forwarding herewith certified copies of the Indictment, Transfer Notice, Consent to Transfer of Case for Plea and Sentencing and the docket sheet.

Please acknowledge receipt of these documents on the enclosed copy of this letter.

Very Truly Yours,

NANCY MAYER-WHITTINGTON, CLERK

By: _____
Tiffany Reed, Deputy Clerk

(202)354-3014

Enclosures

U.S. Department of Justice
United States Attorneys

RULE 20
Category B
Plea to Indictment
Rule 20 from: U.S. District Ct,
District of Columbia

FILED by __CF__ D.C.
ELECTRONIC

FEB 12, 2008

CLARENCE MADDOX
CLERK U S DIST CT
S D OF FLA MIAMI

---

**UNITED STATES DISTRICT COURT**
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA | **08-20114-CR-HUCK/SIMONTON** |
| v. | Criminal No. CR 05-316-18 (ESH) |
| FIDEL SANDOVAL | |

**CONSENT TO TRANSFER OF CASE
FOR PLEA AND SENTENCE**
*(Under Rule 20)*

**FILED**
FEB 07 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, FIDEL SANDOVAL, have been informed that an Indictment is pending against me in the above designated cause. I wish to plead guilty to the offenses charged, to consent to the disposition of the case in the Southern District of Florida in which I am under arrest and to waive trial in the above captioned District.

Dated: January 31, 2008

_Fidel SANDOVAL_
FIDEL SANDOVAL
Defendant

United States District Court
For the District of Columbia
A TRUE COPY
NANCY MAYER WHITTINGTON, Clerk
Deputy Clerk

_(signature)_
Marshal D. Lewis
Counsel for the Defendant

Approved:

_Paul W. Laymon_
Paul W. Laymon, Jr.
Assistant United States Attorney for the

District of Columbia

_Andrea Hoffman_
Andrea Hoffman
Assistant United States Attorney for the

Southern District of Florida

FORM USA-153
(Rev. March 1983)